IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUDITH A. WHYTE,

        Plaintiff,      No. CIV. S-02-2264-DFL-PAN-PS

   v.

UNITED STATES DEPARTMENT OF       ORDER
VETERANS AFFAIRS, et al.,

        Defendants.
_____/

     This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On May 19, 2005, Judge Nowinski recommended that plaintiff's motion for summary judgment be denied and this action be dismissed.  No objections to the findings and recommendation have been filed.

     The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed May 19, 2005, are adopted in full; and

    2.  Plaintiff's motion for summary judgment is denied and this action is dismissed pursuant to Fed. R. Civ. P. 41(b).

DATED: 7/22/2005

_____
DAVID F. LEVI
United States District Judge

2